# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

GARY WINDSOR and KATHLEEN WINDSOR

    Plaintiffs,

                              Case No: 2:23-cv-677-JLB-NPM

v.

THE FIRST LIBERTY INSURANCE CORPORATION,

    Defendants.

_____/

## Mediation Report

The parties held a mediation conference on April 3, 2024, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

- ☑ lead counsel
- ☑ the parties or a party's surrogate satisfactory to the mediator
- ☑ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_none_

**2. Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☑ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐ The parties have reached an impasse.

_____
Kimberly Sands, Mediator
Mediator # 14737R
Upchurch Watson White & Max
1400 Hand Ave, Suite D
Ormond Beach, FL 32174
386-253-1560 phone